07 CV 6493

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FAR EASTERN SHIPPING,                :     07 Civ. _____ (   )
COMPANY PLC,                         :
                                     :     ECF CASE
            Plaintiff,               :
                                     :
    - against -                      :
                                     :
AL NOURAN OVERSEAS CO., LTD.         :
a/k/a AL NOURAN NASSAU,              :
                                     :
            Defendant.               :
------------------------------------------------------X

JUL 18 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock:  None.

Dated: July 18, 2007
       New York, NY

                                       The Plaintiff,
                                       FAR EASTERN SHIPPING COMPANY, PLC

                                       By: _____
                                       Kevin J. Lennon (KL-5072)
                                       Nancy R. Peterson (NP 2871)

                                       LENNON, MURPHY & LENNON LLC
                                       The GrayBar Building
                                       420 Lexington Avenue, Suite 30o
                                       New York, NY  10170
                                       (212) 490-6050 - phone
                                       (212) 490-6070 - facsimile
                                       *kjl@lenmur.com*
                                       *nrp@lenmur.com*