CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| FAR EASTERN SHIPPING COMPANY PLC, | : | |
| | : | |
| Plaintiff, | : | **07-CV-6493** |
| | : | |
| v. | : | |
| | : | **NOTICE OF** |
| AL NOURAN OVERSEAS CO., LTD. | : | **APPEARANCE** |
| a/k/a AL NOURAN NASSAU, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 24, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch


                   By:  _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com