KEANE & MARLOWE, LLP
Christopher P. Keane (CPK-4394)
Attorneys for Defendant
AL NOURAN OVERSEAS CO., LTD.
197 Route 18 South - Suite 3000
East Brunswick, New Jersey 08816
Tel: (732) 951-8300


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FAR EASTERN SHIPPING COMPANY PLC,

        Plaintiff,

-against-

AL NOURAN OVERSEAS CO., LTD.
a/k/a AL NOURAN NASSAU

        Defendant.
-----------------------------------------------------------x

07-CV-6493

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter our appearance as counsel for Defendant, Al Nouran Overseas Co., LTD.

I certify that I am admitted to practice before this Honorable Court.


Dated: East Brunswick, New Jersey
       August 27, 2007

                                KEANE & MARLOWE, LLP
                                Attorneys for Defendant
                                AL NOURAN OVERSEAS CO., LTD.

                By:   _____
                         Christopher P. Keane (CPK-4394)
                         197 Route 18 South - Suite 3000
                         East Brunswick, NJ 08816
                         Tel: (732) 951-8300
                         Fax: (732) 951-2005
                         E-mail: ckeane@keaneandmarlowe.com

TO:  CLERK OF THE COURT (via certified mail RRR)

      LENNON, MURPHY & LENNON (via facsimile)
Attorneys for Plaintiff
Far Eastern Shipping Company, PLC

      CLARK, ATCHESON & REISERT (via facsimile)
Attorneys for Garnishee
Societe Generale New York Branch