USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 29 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAR EASTERN SHIPPING COMPANY PLC,

        Plaintiff,

- against -

AL NOURAN OVERSEAS CO., LTD.
a/k/a AL NOURAN NASSAU,

        Defendant.
------------------------------------------------------------X

07 Civ. 6493 (LTS)

ECF CASE

STIPULATION AND
CONSENT ORDER

WHEREAS, the Plaintiff commenced this action with a filing of a Verified Complaint on July 18, 2007; and

WHEREAS, on application of the Plaintiff, Process of Maritime Attachment and Garnishment ("PMAG") was issued on July 18, 2007 pursuant to Supplemental Rule B directing the restraint of property of Defendant Al Nouran Overseas Co. Ltd., up to the amount of $99,989.39; and

WHEREAS, the Process of Maritime Attachment and Garnishment was subsequently served on several banking institutions and funds in the amount of $99,989.39 were restrained at Citibank, Deutsche Bank and Societe Generale pursuant to the subject PMAG; and

WHEREAS the parties have now settled their dispute;

NOW, THEREFORE, on application of the parties it is hereby

ORDERED that all funds restrained pursuant to the PMAG shall be released to the Defendant in accordance with wire transfer instructions to be provided to the garnishee banks by Defendant's undersigned counsel; and

IT IS FURTHER ORDERED that this action is discontinued with prejudice and without costs as to either party.

Dated: New York, New York
November 28, 2007

_____
Kevin J. Lennon, Esq.
LENNON, MURPHY & LENNON, LLC
Attorneys for Plaintiff
FAR EASTERN SHIPPING CO. PLC.
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050
(212) 490 6070 fax

_____
Christopher P. Keane, Esq.
KEANE & MARLOWE, LLP
Attorneys for Defendant
AL NOURAN OVERSEAS CO. LTD.
197 Route 18 South, Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300
(732) 951-2005 fax

SO ORDERED:

November 29, 2007

_____
Hon. Laura Taylor Swain
U.S.D.J.

NYDOCS1/292919.1    2